MILTON BRODSKY, on Behalf of Himself and All Other Stockholders of TRACTOR & EQUIPMENT CORP., v. TRACTOR & EQUIPMENT CORP. and Others, Impleaded

with INTERNATIONAL HARVESTER COMPANY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.